LILLIAN B. GURNETT, Widow, and Three Minor Children, Respondents, for the Death of ALFRED G. GURNETT, v. L. P. ROSS COMPANY, Employer, and THE STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent.    In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by DENNIS E. HYNES, Respondent, v. THE PULLMAN COMPANY, Employer and Self-insurer, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent.    In the Matter of the Claim of ELSIE TEN BROECK for Compensation under the Workmen's Compensation Law for the Death of RAYMOND TEN BROECK, v. TOWN OF SAUGERTIES and the TRAVELERS INSURANCE COMPANY.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent.    In the Matter of the Claim of GEORGIANA ALICE REDNER, Widow of CHARLES W. REDNER, Deceased, Respondent, for Compensation under the Workmen's Compensation Law, v. H. C. FABER & SON, Employer, and THE FRANKFORT GENERAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent.    In the Matter of the Claim of JOSEPH LOMBARDO, Appellant, for Compensation under the Workmen's Compensation Law, v. STATE INDUSTRIAL COMMISSION, THE HAYDEN COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Respondents.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent.    In the Matter of the Claim for Compensation under the Workmen's Compensation Law of IDA WIDDOWFIELD, Appellant, v. BUFFALO FOUNDRY AND MACHINE COMPANY, Employer, Respondent.— Motion adjourned to the March term, at which time the appellant must have her appeal ready, or show cause why it should not be dismissed.

Before STATE INDUSTRIAL COMMISSION, Respondent.    In the Matter of the Claim of FLORENCE E. O'DELL, Respondent, for Compensation under the Workmen's Compensation Law for the Death of HARRY O'DELL, v. ADIRONDACK ELECTRIC POWER COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals granted.

Before State INDUSTRIAL COMMISSION, Respondent.    In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by ALFRED FAWCETT, Respondent, v. LANGENBACHER BROTHERS, Employer, and NEW AMSTERDAM CASUALTY COMPANY, Insurance Carrier, Appellants.— Motion for reargument denied.   Motion for leave to appeal to the Court of Appeals granted.

Before STATE INDUSTRIAL COMMISSION, Respondent.    In the Matter of the Claim of WILLIAM J. CONLON, Respondent, for Compensation under the Workmen's Compensation Law, v. SELDEN MOTOR VEHICLE COMPANY, Employer, and THE STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent.    In the Matter of